CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

JAN 2 7 2005

LODGED_____ REC'D_____
PAID_____DOCKETED___

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. |
| | ) | 04-68916-fra7 |
| GARY S. HLASTALA and | ) | |
| DEBRA L. HLASTALA, | ) | |
| | ) | ORDER |
| Debtors. | ) | |

This matter comes before the Court on the Trustee's objection to the Debtors' claim of exemption in a 1914 Model T. The Court has advised the parties of the basis of this order in an opinion letter of even date herewith. Good cause appearing, it is now

**ORDERED** that the Trustee's objection be, and the same hereby is, overruled.

FRANK R. ALLEY, III
Bankruptcy Judge

cc: Mr. Ronald Sticka
    Mr. James MacAfee
    Ms. Gail Geiger

PAGE 1 - ORDER